SAMUEL COHEN, Respondent, v. FRANCIS A. F. FRISSE, Defendant. CHARLES W. HOOPS, Appellant; SAMUEL MOSKOWITZ, Individually and as Trustee, etc., Defendant.— Motion to stay examination before trial pending appeal denied. Examination to proceed on five days' notice. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

CHARLES W. DANE, Respondent, Appellant, v. MACFADDEN PUBLICATIONS, INC., and BERNARR MACFADDEN, Appellants, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOHN D'ANGELO and FRANCESCO MARROCCO, Respondents, v. ROBERT L. COFFEY and ADAM BROWN, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs, for failure to comply with rule 12.█ Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOSEPH DINOWITZ, Appellant, v. LEON TEPLITSKY, Defendant, and "JOHN DOE," Name "JOHN DOE" Fictitious, Party Intended Is One Who May Claim Some Lien in the Merchandise to Be Replevied, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent thirty dollars costs within ten days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young Hagarty, Seeger and Carswell, JJ.

ABRAHAM EISENBUD and ADOLPH BROOK, Trading as EISENBUD & BROOK, Respondents, v. CAPITAL CITY SURETY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

PHILIP FABER, Respondent, v. GROVER A. WHALEN and Others, Police Commissioner, Inspector and Captain of the Police Department of the City of New York, Respectively, and All Officers under the Command of the Said Defendants, Appellants.— Temporary injunction order stayed pending appeal, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ALBERTO FINOCCHIO, Appellant, v. TOWN OF WILLSBORO, Respondent — Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.